UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| **JAKUBOWSKI, ALEKSANDER** | ) | Bankruptcy Case No. 15-01891 |
| **JAKUBOWSKI, LILIANA** | ) | |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 2, 2018, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

JAMES A. YOUNG
JAMES A YOUNG & ASSOCIATES, LT
47 DUPAGE COURT
Elgin, IL 60120

**VIA REGULAR MAIL**

JAKUBOWSKI, ALEKSANDER
JAKUBOWSKI, LILIANA
8 Heaton Court
Sugar Grove, IL 60554

American Realty & Management, Ltd.
c/o Howard Z. Gopman,
Howard Z. Gopman & Associates, Ltd.,
One Northfield Plaza, S
Northfield, IL 60093

MB Financial Bank NA
c/o Jacobs & Pinta
77 W Washington St Ste 1005
Chicago, IL 60602

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701


/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000